UNITED STATES DISTRICT COURT
for the
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GABRIELLA DE LOS SANTOS-TAVERA, <br>     Plaintiff <br><br> v. <br><br> CELEBRATION FOODS, LLC, <br>     Defendant | CIVIL NO.: 3:11-cv-00636 (JCH) <br><br><br> JANUARY 20, 2012 |

APPEARANCE

    Please enter the appearance of the undersigned as counsel in this case for the Defendant, Celebration Foods, LLC.

                                           DEFENDANT,
                                           CELEBRATION FOODS, LLC

                                By:    */s/ Edward M. Richters*
                                            Edward M. Richters (ct 08043)
                                            Jackson Lewis LLP
                                            90 State House Square, 8th Floor
                                            Hartford, CT  06103
                                            P:  (860) 522-0404
                                            F:  (860) 247-1330
                                            richtere@jacksonlewis.com

CERTIFICATION OF SERVICE

I hereby certify that on January 20, 2012, a copy of the foregoing Appearance was filed electronically [and served by mail on anyone unable to accept electronic filing]. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system [or by mail to anyone unable to accept electronic filing]. Parties may access this filing through the Court's system.

> Emanuele Robert Cicchiello, Esq.
> Michael T. Petela, Jr., Esq.
> Michael J. Reilly, Esq.
> Cicchiello & Cicchiello, L.L.P.
> 364 Franklin Avenue
> Hartford, CT 06114


> /s/ Edward M. Richters
> Edward M. Richters