UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GABRIELLA DE LOS SANTOS-TAVERA,<br>    Plaintiff<br><br>v.<br><br>CELEBRATION FOODS, LLC,<br>    Defendant | CIVIL NO.: 3:11-cv-00636 (JCH)<br><br><br>JANUARY 26, 2012 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(c) of this Court, the undersigned counsel requests this Court's permission to withdraw his appearance on behalf of the Defendant, Celebration Food, LLC in the above captioned action and in support thereof, represents the following:

1.   The undersigned is no longer affiliated with the law firm of Jackson Lewis in Harford, Connecticut.

2.   The undersigned anticipates having no further involvement with this matter.

3.   Defendant continues to be represented by James Shea of Jackson Lewis who has previously appeared in this action as counsel for the Defendant.

4.   Attorney Shea has communicated to Defendant that the undersigned is no longer affiliated with Jackson Lewis, and that Attorney Shea will continue to represent the Defendant.

WHEREFORE, the undersigned requests this Court to grant his leave to withdraw his Appearance on behalf of Celebration Foods.

DEFENDANT,
CELEBRATION FOODS

By: /s/David C. Salazar-Austin
David C. Salazar-Austin (ct 25564)
Jackson Lewis LLP
90 State House Square, 8th Floor
Hartford, CT  06103
Tel: (860) 522-0404
Fax: (860) 247-1330
David.Salazar-Austin@jacksonlewis.com

CERTIFICATION OF SERVICE

I hereby certify that on January 26, 2011 a copy of the foregoing Motion to Withdraw Appearance was filed electronically and served by mail on anyone able to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *David C. Salazar-Austin*
David C. Salazar-Austin